506 Pa. 337 (1984)
485 A.2d 392
COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellant
v.
STANDARD INVESTMENTS CORPORATION.
Supreme Court of Pennsylvania.
Argued December 4, 1984.
Decided December 14, 1984.
*338 Spencer A. Manthorpe, Chief Counsel, Scott M. Olin, Philadelphia, for appellant.
Charles K. Serine, Reading, for appellee.
Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER
PER CURIAM.
Order affirmed.